IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OWEN HARTY, Individually, | : |
|               Plaintiff, | : Civil Action No. |
| v. | : |
| | : 17-05254-AB |
| MICALE MANAGEMENT CORPORATION and McDONALD'S USA, LLC, | : |
| | : STIPULATION OF DISMISSAL |
| | : WITH PREJUDICE |
|               Defendants. | : |

All parties hereto stipulate that all of Plaintiff's claims in the above-captioned action be and are voluntarily and entirely dismissed *with prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Rule 41.1(b) of the Local Rules of Civil Procedure for the Eastern District of Pennsylvania. The parties stipulate that each party shall bear his/its own costs and attorneys' fees.

Respectfully submitted,

_____
Daniel A. Pallen, Esq.
LAW OFFICES OF DANIEL A. PALLEN
114 W. Front Street
Media, PA 19063
(484) 550-7542

Thomas B. Bacon (56289)
THOMAS B. BACON, P.A.
4868 SW 103rd Ave.
Cooper City, FL 33328
(954) 478-7811
*Attorneys for Plaintiff, Owen Harty*

Dated:

Respectfully submitted,

_____ 6/11/18
Katharine Hartman, Esq.
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
(215) 575-7000
*Attorney for Defendant, Micale Management Corporation*

_____ 6/11/18
Nina Markey, Esq. (201801)
LITTLER MENDELSON P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-2830
(267) 402-3020
*Attorney for Defendant, McDonald's USA LLC*

Dated:

120189388_2

SO ORDERED.

Date: _____    _____
                                                                , J.

120189388_2